STATE OF NORTH CAROLINA v. JAMES EDWARD BARRETT

No. 7322SC468

(Filed 11 July 1973)

APPEAL by defendant from *Rousseau, Judge,* 22 January 1973 Criminal Session of DAVIDSON County.

By indictment proper in form defendant was charged with safecracking. At trial defendant orally and in writing tendered a plea of guilty as charged. The court accepted the plea after due inquiry after which it was adjudged that the plea was freely, understandingly and voluntarily made without undue influence, compulsion or duress, and without promise of leniency. From judgment imposing an active prison sentence, defendant appealed.

*Attorney General Morgan, by Associate Attorney Sherrill, for the State.*

*Larry E. Leonard for defendant appellant.*

MORRIS, Judge.

There was a proper adjudication that defendant's plea of guilty was freely, understandingly, and voluntarily entered. Defendant having pled guilty, the sole question presented for review is whether error appears on the face of the record proper. *State v. Roberts,* 279 N.C. 500, 183 S.E. 2d 647 (1971). We have carefully examined the record, and no error appears.

No error.

Judges CAMPBELL and PARKER concur.